**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01353-CV

**GQ ENTERPRISES CORPORATION, Appellant**

**V.**

**INAYATALI RAJANI AND THE RAJANI GROUP, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05188**

## ORDER

The Court has before it appellees' July 15, 2013 second motion to extend time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by August 1, 2013. No further extensions will be granted without a showing of exceptional circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE